**CSD 1100** [09/26/06]
Name, Address, Telephone No. & I.D. No.

Diane H. Gibson, Esq. (SBN 126358)
2755 Jefferson St., Ste. 203
Carlsbad, CA 92008
760-720-0080
dgibsonlaw@gmail.com

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

HENSEL, Donald D.

BANKRUPTCY NO. 09-14284

Debtor.

### AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

[  ] Petition
[  ] Exhibit A to Voluntary Petition
[  ] Exhibit C to Voluntary Petition
[  ] Exhibit D - Individual Statement of Compliance with Credit Counseling
[  ] Summary of Schedules
[  ] Statistical Summary of Certain Liabilities and Related Data
[  ] Schedule A & B - Schedule of Real or Personal Property
[  ] Schedule C - Schedule of Property Claimed Exempt
[X] Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009

    [  ] Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $26.00 fee required. See instructions on reverse side.

    [X] Correcting or deleting other information. See instructions on reverse side.

[  ] Schedule G - Schedule of Executory Contracts & Expired Leases
[  ] Schedule H - Schedule of Co-Debtor
[  ] Schedule I - Current Income of Individual Debtor(s)
[  ] Schedule J - Current Expenditure of Individual Debtor(s)
[  ] Statement of Financial Affairs
[  ] Statement of Current Monthly Income and Means Test Calculation (Form B22A)
[  ] Statement of Current Monthly Income (Form B22B)
[  ] Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated: 10-21-09

Signature _____
Attorney for Debtor

### DECLARATION OF DEBTOR

I [We] DONALD D. HENSEL and N/A , the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of_____ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: 10/20/09 _____
Debtor

N/A
_____
Joint Debtor

CSD 1100

REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1100  (Page 2)  [09/26/06]

## INSTRUCTIONS

A.   Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED.  Pages from the original document which are not affected by the change are not to be attached.

    1.   Before each entry, specify the purpose of the amendment by inserting:
        a.   "ADDED," if the information was missing from the previous document filed; or
        b.   "CORRECTED," if the information modifies previously listed information; or
        c.   "DELETED," if previously listed information is to be removed.
    2.   At the bottom of each page, insert the word "AMENDED."
    3.   Attach all pages to the cover page and, if a Chapter 7, 11, or 12 case, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee.  If a Chapter 13 case, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.

B.   Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

### AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED
### ** AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES **

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on ___21st___ day of ___October_____, I served a true copy of the within AMENDMENT by [describe here mode of service]

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ✔ ]   Chpt. 7 Trustee:

Gerald Davis, Esq.
P.O. Box 121111
San Diego, CA  92112

Kathy Katayoon Ahmadian
Trustee of the Mask Trust
c/o W. Michael Young, Esq.
Ladd & Young
5151 Murphy Canyon Rd., Ste. 130
San Diego, CA 92123-4339

UNION BANK, N.A.
Michael Sabo Assayag, Esq.
Regis A. Guerin, Esq.
ASSAYAG & MAUSS, APLC
2915 Redhill Ave., Ste. 200
Costa Mesa, CA 92626

| [ ✔ ] For Chpt. 7, 11, & 12 cases: | [   ] For ODD numbered Chapter 13 cases: | [   ] For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __10/21/09__
(Date)

/s/ Cathleen Ford
(Typed Name and Signature)

2755 Jefferson St., Ste. 203
(Address)

Carlsbad, CA 92008
(City, State, ZIP Code)

CSD 1100

B6F (Official Form 6F) (12/07)

IN RE Hensel, Donald D. _____    Case No. 09-14284-7
 _____    _____
                        Debtor(s)                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

<div style="writing-mode: vertical">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A W Properties West, LLC<br>P.O. Box 9296<br>Rancho Santa Fe, CA  92067 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | <br><br><br>0.00 |
| ACCOUNT NO.<br><br>Alexander C. Merola, Trustee<br>Carmelina Merola, Trustee<br>8059 Via Arce<br>Carlsbad, CA  92009 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | <br><br><br>0.00 |
| ACCOUNT NO.<br><br>Alexandre Gourevitch<br>12950 Carmel Creek Rd. #105<br>San Diego, CA  92130 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | <br><br><br>0.00 |
| ACCOUNT NO.<br><br>Ali Ahmadian<br>2134 Patricia Ave.<br>Los Angeles, CA  90025 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | <br><br><br>132,000.00 |

_____ continuation sheets attached

| | Subtotal<br>(Total of this page) | $  132,000.00 |
|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                Case No. 09-14284-7
_____
           Debtor(s)                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1413** <br><br> Amex <br> P.O. Box 981537 <br> El Paso, TX  79998 | | | 1979 <br> Revolving charge account | | | | 1,484.00 |
| ACCOUNT NO. <br><br> Anna Obraztsova <br> 12950 Carmel Creek Rd. #105 <br> San Diego, CA  92130 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Anne W. W. Teng <br> 19608 Pruneridge Ave., Apt. 9302 <br> Cupertino, CA  95014 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Arthur Dorf, Trustee <br> Joanie Dorf, Trustee <br> 2500 6th Ave., Unit 907 <br> San Diego, CA  92103 | X | | Debt of Hensel Financial, Inc. <br> Guaranteed by Donald Hensel | | | | 96,000.00 |
| ACCOUNT NO. <br><br> Arthur N. Anderson, Trustee <br> Elaine H. Anderson, Trustee <br> 1533 Estee Ave. <br> Napa, CA  94558 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Arthur Wenner, Trustee <br> Dorrie Wenner, Trustee <br> 1323 Caminito Faro <br> La Jolla, CA  92037 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Barbara Lembas <br> 4881 S. Pecan Way <br> Chandler, AZ  85248 | X | | Debt of Hensel Financial, Inc. <br> Guaranteed by Donald Hensel | | | | 100,000.00 |

Sheet no.   1   of   21   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal $   197,484.00
                           (Total of this page)

                             Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                           Case No. 09-14284-7
_____                                  _____
            Debtor(s)                                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Barbara Sampo<br>2340 Harcourt Dr.<br>San Diego, CA 92123 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Bart Blechschmidt, Esq.<br>Rebecca Carle, Esq.<br>2792 Gateway Rd., Ste. 102<br>Carlsbad, CA 92009 | X | | Attorney for Luis Navazo & Janette Solomon<br>Notice Only | | | | 0.00 |
| ACCOUNT NO.<br>Benjamin P. Savin, Trustee<br>3074 Golf Crest Ridge Rd.<br>El Cajon, CA 92019 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Blackstone Investments, Inc.<br>Gregory D. Howard<br>4730 Rancho Del Mar Trail<br>San Diego, CA 92103 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Boris Kagan<br>Alla Kagan<br>6658 Cabela Pl.<br>Carlsbad, CA 92011 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Boris Shkoller<br>Bronislava Gedulin<br>14174 Half Moon Bay Dr.<br>Del Mar, CA 92014 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Brian C. Polley, Trustee<br>5515 El Arbol Dr.<br>Carlsbad, CA 92008 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. __2__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                              Case No. 09-14284-7
_____                                   _____
                    Debtor(s)                                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Brunache Instrumental Optics, Inc.<br>Defined Benefits Pension Tr.<br>1150 Chinquapin Ave.<br>Carlsbad, CA 92008 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 99,000.00 |
| ACCOUNT NO.<br>Carl G. Murano<br>Catherine L. Murano<br>857 W. Crescent Ave.<br>Redlands, CA 92373 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Carl Thompson, Trustee<br>Katherine Thompson, Trustee<br>2942 Carillo Way<br>Carlsbad, CA 92009 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Carroll L. Hamilton, Trustee<br>P.O. Box 1233<br>Poway, CA 92074 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Charles Gensler<br>Lucy Gensler<br>3301 Don Tomaso Dr.<br>Carlsbad, CA 92008 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Clarence M. Urbanski<br>14937 Tercer Verde<br>Del Mar, CA 92014 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 400,000.00 |
| ACCOUNT NO.<br>Craig H. Bramlett, Trustee<br>Laurie A. Regis, Trustee<br>5124 Seagrove Ct.<br>San Diego, CA 92130 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. ___3___ of ___21___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 499,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                                                    Case No. 09-14284-7
_____
             Debtor(s)                                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Craig J. Malin <br> Antoinette L. Malin <br> 7957 Paseo Esmerado <br> Carlsbad, CA 92009 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Crown Colony, Inc. <br> P.O. Box 8923 <br> Rancho Santa Fe, CA 92067 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Crown Colony, Inc. <br> DBPT <br> P.O. Box 8923 <br> Rancho Santa Fe, CA 92067 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Crown Partners, L.P. <br> P.O. Box 8923 <br> Rancho Santa Fe, CA 92067 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Daisy Teng Karasek <br> 19608 Pruneridge Ave., Apt. 9302 <br> Cupertino, CA 95014 | X | | Debt of Hensel Financial, Inc. <br> Guaranteed by Donald Hensel | | | | 20,000.00 |
| ACCOUNT NO. <br><br> Devon N. McChristy <br> 4702 Mission Blvd., Apt. #14 <br> Pacific Beach, CA 92109 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Dhani A. Patel <br> Tejal V. Patel <br> 5012 Colina Way <br> Riverside, CA 92507 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. __4__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ 20,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                         Case No. 09-14284-7
_____                                      _____
            Debtor(s)                                                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Dolores H. Ruhland, Trustee <br> 42228 Madrid Way <br> Lancaster, CA  92536 | X | | Debt of Hensel Financial, Inc. <br> Guaranteed by Donald Hensel | | | | 936,895.60 |
| ACCOUNT NO. <br> Donna Montgomery Peters, Trustee <br> 212 Via Tierra <br> Encinitas, CA  92024 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br> Douglas W. Ruhland <br> 42228 Madrid Way <br> Lancaster, CA  92536 | X | | Debt of Hensel Financial, Inc. <br> Guaranteed by Donald Hensel | | | | 200,000.00 |
| ACCOUNT NO. <br> Dylan Skerrett <br> Patricia Skerrett <br> 33 Prince Royal Passage <br> Corte Madera, CA  94925 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br> ELCAR Real Estate Development, Inc. <br> 857 W. Crescent Ave. <br> Redlands, CA  92373 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br> Eric C. Turner <br> 3640 Cardiff Ave. #216 <br> Los Angeles, CA  90034 | X | | Debt of Hensel Financial, Inc. <br> Guaranteed by Donald Hensel | | | | 10,000.00 |
| ACCOUNT NO. <br> Eric Phleger, Trustee <br> Dawn M. Phleger, Trustee <br> 1350 Hygeia Ave. <br> Encinitas, CA  92024 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. __5__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,146,895.60

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                          Case No. 09-14284-7
_____                                 _____
            Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Factual Data Of S. California PSP<br>8555 Aero Dr., Ste. 320<br>San Diego, CA  92123 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>First Regional Bank Custodian FBO<br>Arthur N. Anderson IRA<br>P.O. Box 85410<br>San Diego, CA  92186 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>First Regional Bank Custodian FBO<br>Ronald Scott Corr IRA<br>P.O. Box 85410<br>San Diego, CA  92186 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>First Regional Bank Custodian FBO<br>Elaine Frazier IRA<br>P.O. Box 85410<br>San Diego, CA  92186 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>First Regional Bank Custodian FBO<br>Charles Gensler IRA<br>P.O. Box 85410<br>San Diego, CA  92186 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>First Regional Bank Custodian FBO<br>Craig Malin IRA #5807<br>P.O. Box 85410<br>San Diego, CA  92186 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 73,000.00 |
| ACCOUNT NO.<br>First Regional Bank Custodian FBO<br>Vincent Raleigh IRA<br>P.O. Box 85410<br>San Diego, CA  92186 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. __6__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  (Total of this page) $ 73,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                                           Case No. 09-14284-7
                    Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**First Regional Bank Custodian FBO**<br>**Paul Rappaport SEP IRA**<br>**P.O. Box 85410**<br>**San Diego, CA  92186** | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**First Regional Bank Custodian FBO**<br>**Douglas W. Ruhland IRA**<br>**P.O. Box 85410**<br>**San Diego, CA  92186** | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 50,000.00 |
| ACCOUNT NO.<br><br>**First Regional Bank Custodian FBO**<br>**Clarence M. Urbanski IRA**<br>**P.O. Box 85410**<br>**San Diego, CA  92186** | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 90,000.00 |
| ACCOUNT NO.<br><br>**Gerald F. Swanson, Trustee**<br>**Wilma J Swanson, Trustee**<br>**325 Kempton St., Apt 668**<br>**Spring Valley, CA  91977** | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Gerald Lembas**<br>**340 N. Shore Ln.**<br>**Gilbert, AZ  85233** | X | | Debt of Henself Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 50,000.00 |
| ACCOUNT NO.<br><br>**Gerard F. Brunache**<br>**1150 Chinquapin Ave.**<br>**Carlsbad, CA  92008** | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 300,000.00 |
| ACCOUNT NO.<br><br>**Gerard F. Brunache**<br>**Phyllis Sanchez**<br>**1150 Chinquapin Ave.**<br>**Carlsbad, CA  92008** | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 75,000.00 |

Sheet no. **7** of **21** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **565,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.           Case No. 09-14284-7
         Debtor(s)                     (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Geroge G. Gullo<br>Lorraine D. Gullo<br>1969 Bernardo Ave.<br>Escondido, CA 92025 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Gordon L. Gerson<br>Mark M. Clairmont<br>9225 Towne Centre Dr., Ste. 130<br>San Diego, CA 92121 | | | Attorneys for Warren C. Deutsch<br>Case No. 37-2009-00057494-CU-BC-NC<br>Notice only | | | | 0.00 |
| ACCOUNT NO.<br>Gordon L. Gerson<br>Mark M. Clairmont<br>9225 Towne Centre Dr., Ste. 130<br>San Diego, CA 92121 | | | Attorneys for Sima Abouzari<br>Case No. 37-2009-00057495-CU-BC-NC<br>Notice only | | | | 0.00 |
| ACCOUNT NO.<br>Gordon L. Gerson<br>Mark M. Clairmont<br>9225 Towne Centre Dr., Ste. 130<br>San Diego, CA 92121 | | | Attorneys for Ali Ahmadian<br>Case No. 37-2009-00057493-CU-BC-NC<br>Notice Only | | | | 0.00 |
| ACCOUNT NO.<br>Gregory Howard, Trustee<br>4730 Rancho Del Mar Trail<br>San Diego, CA 92130 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Hal Holker<br>Shirley Holker<br>364 Paseo De Gracia<br>Redondo Beach, CA 90277 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>High Investments, LLC<br>2142 Century Park Ln., Ste. 407<br>Los Angeles, CA 90067 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. **8** of **21** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                          Case No. 09-14284-7
_____                                      _____
            Debtor(s)                                                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hillside Development, Inc.<br>440 N. Granados Ave.<br>Solana Beach, CA 92075 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Hubert W. Merchant, Trustee<br>4739 Franklin Ave.<br>Western Springs, IL 60558 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 50,000.00 |
| ACCOUNT NO.<br>J.M. Batch, Trustee<br>4495 Heritage Glen Lane<br>San Diego, CA 92130 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>James B. Glavin, Trustee<br>Karen A. Glavin, Trustee<br>18469 Via Candela<br>Rancho Santa Fe, CA 92091 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 380,000.00 |
| ACCOUNT NO.<br>James Panther<br>Marie Panther<br>2530 Vista Way, #F43<br>Oceanside, CA 92054 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>James W. Carr<br>526-B Via De La Valle<br>Solana Beach, CA 92075 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Jean Elizabeth Prater, Trustee<br>P.O. Box 1596<br>Red Lodge, MT 59068 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. __9__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $ 430,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.
_____
Debtor(s)

Case No. 09-14284-7
_____
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jeffrey C. Walker<br>18402 N. 94th Ave<br>Sun City, AZ  85373 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 55,000.00 |
| ACCOUNT NO.<br>Jeffrey W. Palmer<br>Amy S. Palmer<br>16549 Goldenrod Pl<br>Encino, CA  91436 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Johathan L. Chu<br>19608 Pruneridge Ave., Apt. 9302<br>Cupertino, CA  95014 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>John  Burd<br>4930 Bradshaw Ct.<br>San Diego, CA  92130 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>John McChristy, Trustee<br>Valerie Ann McChristy, Trustee<br>P.O. Box 2607<br>Del Mar, CA  92014 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>John Parizek, Trustee<br>Kim Parizek, Trustee<br>6243 Paseo Colina<br>Carlsbad, CA  92009 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>John W. McAllister<br>Jorji McAllister<br>440 N. Granadas Ave.<br>Solana Beach, CA  92075 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. __10__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 55,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                          Case No. 09-14284-7
_____                    _____
          Debtor(s)                                                         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>June E. Young, Trustee<br>June E. Young Living Trust<br>5105 Via El Sereno<br>Torrance, CA  90505 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 35,000.00 |
| ACCOUNT NO.<br><br>June Elaine Young, Trustee<br>R.A. And J.E. Young Living Trust<br>5105 Via El Sereno<br>Torrance, CA  90505 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 35,000.00 |
| ACCOUNT NO.<br><br>Kathy Ahmadian Douglas<br>2134 Patricia Ave.<br>Los Angeles, CA  90025 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 50,000.00 |
| ACCOUNT NO.<br><br>Kathy Katayoon Ahmadian, Trustee<br>2134 Patricia Ave.<br>Los Angeles, CA  90025 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 327,408.44 |
| ACCOUNT NO.<br><br>Kevin J. Greene<br>8555 Aero Dr., #320<br>San Diego, CA  92123 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Kevin M. Cotton<br>Karen D. Cotton<br>3922 May Ct.<br>Carlsbad, CA  92008 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>KGEORGE Corporation<br>Defined Benefit & Pension Trust<br>P.O. Box 1316<br>Rancho Santa Fe, CA  92067 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 151,504.03 |

Sheet no. __11__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 598,912.47

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                    Case No. 09-14284-7
_____                        _____
            Debtor(s)                                         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Libby Weingarten Qualified Income Trust<br>P.O. Box 3509<br>17775 Calle Mayor<br>Rancho Santa Fe, CA 92067 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Luis Navazo<br>Janette Solomon<br>1619 Gascony Rd.<br>Encinitas, CA 92024 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 200,000.00 |
| ACCOUNT NO.<br>Margaret A. Horn, Trustee<br>3074 Golf Crest Ridge Rd.<br>El Cajon, CA 92019 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Mary Perry, Trustee<br>5050 Marshburn Circle<br>Yorba Linda, CA 92886 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Maryam Ahmadian<br>2134 Patricia Ave.<br>Los Angeles, CA 90025 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 50,000.00 |
| ACCOUNT NO.<br>Michael D. McDowell, Trustee<br>Laura A. McDowell, Trustee<br>4928 Ellis Ln.<br>Ellicott City, MD 21043 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Michael R. Martinez<br>Marlitt L. Martinez<br>13256 Orange Blossom Dr.<br>Valley Center, CA 92082 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. __12__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 250,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                                 Case No. 09-14284-7
_____                                    _____
            Debtor(s)                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mikhail Lemkhin<br>Irina Lemkhin<br>1811 38th Ave.<br>San Francisco, CA 94122 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>MLV Coin Laundries<br>P.O. Box 2207<br>Rancho Santa Fe, CA 92067 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Myron L. Ballard<br>Barbara E. Ballard<br>4650 Dulin Rd., Sp. 124<br>Fallbrook, CA 92028 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 63,000.00 |
| ACCOUNT NO.<br><br>Opmet Real Estate, Inc.<br>C/O Barbara Hoy<br>5600 Wisconsin Ave., Ste. 807<br>Chevy Chase, MD 20815 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Paul Guzik, Trustee<br>C. Gilchrist Trust/Robert Gilchrist<br>P.O. Box 1316<br>Rancho Santa Fe, CA 92067 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Paul Guzik, Trustee<br>R. Gilchrist Trust/Robert Gilchrist<br>P.O. Box 1316<br>Rancho Santa Fe, CA 92067 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Paul Osborne<br>P.O. Box 545<br>Helendale, CA 92342 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. __13__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 63,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                           Case No. 09-14284-7
                      Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Peggy R. Hensel<br>Peggy R. Hensel Trust<br>4739 Franklin Ave.<br>Western Springs, IL  60558 | | | 2008<br>Loan from mother | | | | 100,000.00 |
| ACCOUNT NO.<br>Peter C. Ward, Esq.<br>WARD & HAGEN, LLP<br>440 Stevens Ave., Ste. 350<br>Solana Beach, CA  92075 | | | Attorneys for Crown Partners, LLP<br>Case No. 37-2008-00100947-CU-BC-NC<br>Notice Only | | | | 0.00 |
| ACCOUNT NO.<br>Peter C. Ward, Esq.<br>WARD & HAGEN, LLP<br>440 Stevens Ave., Ste. 350<br>Solana Beach, CA  92075 | | | Attorneys for John Burd, an individual;<br>Margaret Horn, Trustee of the 2003 Margaret A. Horn Revocable Family Trust; Crown Colony, Inc., a Defined Benefit Pension Plan;<br>Crown Partners, L.P.<br>Case No. 37-2008-00059182-CU-FR-NC<br>Notice Only | | | | 0.00 |
| ACCOUNT NO.<br>Peter J. Crimmins<br>2110 Crest Dr.<br>Encinitas, CA  92024 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Procopio, Cory, Hargreaves, et al.<br>1917 Palomar Oaks Way, Ste. 300<br>Carlsbad, CA  92008 | | | 2008<br>Attorney's Fees | | | | 900.00 |
| ACCOUNT NO.<br>R. Elaine Frazier, Trustee<br>15 Tuscany Ct.<br>Napa, CA  94558 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>R.A. O'Brien, Inc.<br>Defined Benefit Pension Trust<br>3602 Frenzel Cir.<br>Oceanside, CA  92056 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. __14__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 100,900.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                          Case No. 09-14284-7
_____                       _____
              Debtor(s)                                               (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ralph Peters, Trustee <br> 212 Via Tierra <br> Encinitas, CA 92024 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Randy Horn, Trustee <br> Randy Horn DDS, Inc. PSP & Trust <br> 2521 Newport Ave. <br> Cardiff, CA 92007 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Randy Horn, Trustee <br> Robin L. Horn, Trustee <br> 2521 Newport Ave. <br> Cardiff, CA 92007 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Richard Batch <br> 13193 Portofino Dr. <br> Del Mar, CA 92014 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Richard Doan <br> Kelly Doan <br> P.O. Box 8011 <br> Rancho Santa Fe, CA 92067 | X | | Debt of Hensel Financial, Inc. <br> Guaranteed by Donald Hensel | | | | 500,000.00 |
| ACCOUNT NO. <br><br> Richard Doan <br> Kelly Doan <br> P.O. Box 8014 <br> Rancho Santa Fe, CA 92067 | | | Alternate address | | | | 0.00 |
| ACCOUNT NO. <br><br> Richard L. Rauber, Trustee <br> Richard L. Rauber, Inc. MPPP&T <br> 830 Orange Ave. #I <br> Coronado, CA 92118 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. __15__ of __21__ continuation sheets attached to          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims        (Total of this page) | $ 500,000.00

                                                                          Total
                                        (Use only on last page of the completed Schedule F. Report also on
                                        the Summary of Schedules, and if applicable, on the Statistical
                                        Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                    Case No. 09-14284-7
_____               _____
           Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ricky Lee Larson<br>838 4th St. West<br>Hastings, MN  55033 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Robert C. Walker<br>1308 Buena Vista<br>Carlsbad, CA  92008 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 55,000.00 |
| ACCOUNT NO.<br>Robert E. Houck<br>1729 E. North Crescent Ave.<br>Spokane, WA  99208 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 60,000.00 |
| ACCOUNT NO.<br>Robert Gilchrist<br>Kristen Gilchrist<br>P.O. Box 1316<br>Rancho Santa Fe, CA  92067 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Robert Gilchrist, Trustee<br>Kristen Gilchrist, Trustee<br>P.O. Box 1316<br>Rancho Santa Fe, CA  92067 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Robert Maes, Trustee<br>15029 Tierra Alta<br>Del Mar, CA  92014 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Rose A. O'Brien, Trustee<br>3602 Frenzel Circle<br>Oceanside, CA  92056 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 40,000.00 |

Sheet no. __16__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          $   155,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)              $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                                   Case No. 09-14284-7
_____                          _____
                    Debtor(s)                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Rose Treydte, Trustee<br>2551 Montgomery Ave.<br>Cardiff, CA 92007 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 81,000.00 |
| ACCOUNT NO.<br>Roy J. Greene<br>8555 Aero Dr., #320<br>San Diego, CA 92123 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Russel Skerrett<br>Ruth Silz Skerrett<br>650 Canyon Dr.<br>Solana Beach, CA 92075 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Sally Ann Cummins, Trustee<br>2015 Rue De La Montagne<br>Oceanside, CA 92056 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Selvamar Family Limited Partnership<br>3686 Highland Dr.<br>Carlsbad, CA 92008 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Servana, Inc.<br>14174 Half Moon Bay Dr.<br>Del Mar, CA 92014 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Sheridan Lee Eastman, Trustee<br>3110 Del Rey Ave.<br>Carlsbad, CA 92009 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. __17__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 81,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                    Case No. 09-14284-7
_____                        _____
              Debtor(s)                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sima Abouzari<br>6230 Nita Ave.<br>Woodland Hills, CA 91367 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 70,000.00 |
| ACCOUNT NO.<br>Stephen McIlhon<br>P.O. Box 2141<br>Rancho Santa Fe, CA 92067 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Stephen Moles, Trustee<br>Cindy Moles, Trustee<br>3188 West Rivulet Pass<br>Springfield, MO 65810 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Steve Hensel<br>2 Princes Ct., Princes Rd.<br>Weybridge, ENGLAND,   KT139BZ | X | | 2000<br>Loan to Hensel Financial, Inc.<br>Personally guarteed by Donald Hensel | | | | 48,000.00 |
| ACCOUNT NO.<br>Steven A. Micheli, Esq.<br>Anderson & Anderson, LLP<br>12625 High Bluff Dr., Ste. 301<br>San Diego, CA 92130 | X | | 2008 - 2009<br>Attorney's fees | | | | 5,000.00 |
| ACCOUNT NO.<br>Summit Homeowner's Association<br>C/O Ken Baumgarten, President<br>283 Via Tierra<br>Encinitas, CA 92024 | | | Quartly HOA dues | | | | 330.00 |
| ACCOUNT NO.<br>Suzanne Hyle<br>14861 De La Valle Pl.<br>Del Mar, CA 92014 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. __18__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 123,330.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                         Case No. 09-14284-7
_____                         _____
                    Debtor(s)                                         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Terence P. Black, Trustee<br>Barbara J. Black, Trustee<br>2045 Auto Parkway<br>Escondido, CA  92029 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>The Lightfoot Planning Group<br>5750 Fleet St., Ste. 250<br>Carlsbad, CA  92008 | | | 2008<br>Professional Services | | | | 10,000.00 |
| ACCOUNT NO.<br>The Scola Company, Inc. DBPP<br>Stephen Scola<br>P.O. Box 383<br>Del Mar, CA  92014 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Thomas L. Curtin, Trustee<br>Constance S. Curtin, Trustee<br>2304 Back Nine St.<br>Oceanside, CA  92056 | X | | Debt of Hensel Financial, Inc.<br>Guaranteed by Donald Hensel | | | | 280,000.00 |
| ACCOUNT NO.<br>Thomas L. Curtin, Trustee<br>Tri City Ophthalmology Pension Plan<br>2304 Back Nine St.<br>Oceanside, CA  92056 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Tom Alford D'Agosta<br>1426 Parkhill Ln.<br>Escondido, CA | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO.<br>Tom Connolly, Trustee<br>Sandy Connolly, Trustee<br>2116 Kirkaldy Rd.<br>Fallbrook, CA  92028 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. __19__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 290,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D.                                            Case No. 09-14284-7
         Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Union Bank, N.A. <br> Michele Sabo Assayag, Esq. <br> 2915 Redhill Ave., Suite 200 <br> Costa Mesa, CA 92626 | | | Debt of Hensel Financial, Inc. <br> Guaranteed by Donald Hensel <br> Case No. 37-2009-00054684-CU-BC-NC | | | | 744,947.12 |
| ACCOUNT NO. <br> Verena Crimmins, Trustee <br> 2110 Crest Dr. <br> Encinitas, CA 92024 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br> W L Properties, LLC <br> P.O. Box 2207 <br> Rancho Santa Fe, CA 92067 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br> W. Michael Young, Esq. <br> 5151 Murphy Canyon Rd., Ste.130 <br> San Diego, CA 92123 | | | Attorney for Kathy Katayoon Ahmadian, Trustee of the Mast Trust <br> Case No. 37-2009-00055422-CU-BC-NC <br> Notice Only | | | | 0.00 |
| ACCOUNT NO. <br> William B. Treitler, Trustee <br> 3737 Camino Del Rio S., Ste. 109 <br> San Diego, CA 92108 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. <br> William C. Lamouree <br> 1293 Exeter St. <br> El Cajon, CA 92019 | X | | Debt of Hensel Financial, Inc. <br> Guaranteed by Donald Hensel | | | | 35,000.00 |
| ACCOUNT NO. <br> William D. Lynch Foundation For Children <br> P.O. Box 2207 <br> Rancho Santa Fe, CA 92067 | X | | Unknown claim <br> Client of Hensel Financial, Inc. | X | X | X | 0.00 |

Sheet no. 20 of 21 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 779,947.12

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hensel, Donald D. _____     Case No. 09-14284-7 _____
                        Debtor(s)                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>William S. Rauber, Trustee<br>Patricia A. Inlow, Trustee<br>20 Bum Steer Rd.<br>Yerington, NV 89447 | X | | Unknown claim<br>Client of Hensel Financial, Inc. | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 21 of 21 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 6,060,469.19

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only